333 A.2d 920
**COMMONWEALTH of Pennsylvania**
v.
**Ralph BELL, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 17, 1974.

Decided March 18, 1975.

David Shotel, Philadelphia, for appellant.

Arlen Specter, Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., David Richman, Asst. Dist. Atty.,

Chief, Appeals Division, James J. Wilson, Asst. Dist. Atty., Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed.